## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION:  J |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *Remaining Cases in the B3* | * | MAG. JUDGE WILKINSON |
| *Pleading Bundle* | * | |

### ORDER
### [PTO 66 Compliance Order]

On February 22, 2017, the Court issued Pretrial Order No. 63 ("PTO 63", Rec. Doc. 22295), which ordered all plaintiffs who had timely filed a claim in the B3 pleading bundle and had not released their claims to submit a sworn statement regarding the status of their claim. PTO 63 also required certain B3 plaintiffs to file an individual lawsuit. The B3 claims of those who failed to comply with PTO 63 were dismissed with prejudice. (Rec. Docs. 23047, 23735). Plaintiffs who were deemed compliant with PTO 63 were subject to further proceedings of this Court.

On April 9, 2018, the Court issued Pretrial Order No. 66 ("PTO 66," Rec. Doc. 24282), which required all Remaining B3 Plaintiffs (as identified in Rec. Doc. 24268) to complete, sign, and serve a Particularized Statement of Claim (Exhibit A to PTO 66) on counsel for BP and the Plaintiffs' Steering Committee ("PSC") by July 9, 2018. Many Remaining B3 Plaintiffs sought and received an extension up to and including August 8, 2018 to comply with PTO 66. (Rec. Doc. 24671). PTO 66 warned that "[a]ny Remaining B3 Plaintiff who fails to comply with his or her obligations under this

Order may be required to show cause to this Court why his, her, or its claims should not be dismissed with prejudice." (PTO 66 at 2 (emphasis omitted)).

On September 20, 2018, the Court issued an Order to Show Cause Re: Compliance with PTO 66 ("PTO 66 Show Cause Order," Rec. Doc. 248875), attached to which were four exhibits. Exhibit 1 identified 825 Remaining B3 Plaintiffs that appeared to be compliant with PTO 66. Exhibit 2 identified 48 Remaining B3 Plaintiffs who failed to respond to PTO 66. Exhibit 3 identified 4 plaintiffs who did not respond to PTO 63 but who did submit a response to PTO 66. Exhibit 4 identified 107 Remaining B3 Plaintiffs who submitted a response to PTO 66 that appeared to be materially deficient for one or more identified reasons. The PTO 66 Show Cause Order required the plaintiffs appearing on Exhibits 2, 3, and 4 to show cause in writing by October 11, 2018 why their claim B3 claims should not be dismissed with prejudice.

The Court received numerous responses to the PTO 66 Show Cause Order.  BP filed a reply brief on October 25, 2018. (Rec. Doc. 25110).  The show cause responses and non-responses are addressed below.

### A.   BP Does Not Object to Certain Plaintiffs Being Deemed Compliant with PTO 66.

BP concedes in its brief that the plaintiffs identified below should be added to the list of PTO 66-compliant plaintiffs. Accordingly, the following plaintiffs are deemed compliant with PTO 66.  Their B3 claims are not dismissed by this Order and are subject to further proceedings of this Court.

| Plaintiff | Case No. |
|---|---|
| Assi, Mohammed | 17-cv-03027 |
| Baldo, Lisa Marie | 17-cv-03368 |
| Bank, Ryan Clayton | 17-cv-03372 |
| Benoit, Bernice Ann | 17-cv-03323 |
| Benoit, Roy Paul | 17-cv-03328 |
| Bonilla, Sara | 17-cv-04133 |
| Booker, Dondy | 17-cv-03051 |
| Brown, Michael Todd | 17-cv-03366 |
| Bruce, Shane Maddox | 18-cv-02626 |
| Burkett, Craig Michael | 17-cv-03681 |
| Caldwell, Stephon | 13-cv-01007 |
| Coco, III, Malcolm Alphonse | 17-cv-03393 |
| Couture, Jr., Raymond | 17-cv-03373 |
| Danos, Janice Marie | 17-cv-03240 |
| Davis, Frederick | 17-cv-03140 |
| Dwyer, Derek Thomas | 13-cv-01010 |
| Elliott, Cynthia Anne | 13-cv-01011 |
| Elrod, Aiden Connor | 17-cv-03334 |
| Elrod, Jarod Shane | 17-cv-03331 |
| Fetterhoff, Carol Lynn | 17-cv-03350 |
| Fetterhoff, Chayton Lee | 17-cv-03350 |
| Fetterhoff, Chelsea Lynn | 17-cv-03350 |
| Flair, Kimberly | 17-cv-03161 |
| Frazier, Debra | 17-cv-03219 |
| Gonzalez, Hector | 17-cv-03257 |
| Gooding, John | 17-cv-03238 |
| Green, Christopher Alan | 17-cv-03191 |
| Griffin, Kacey W. | 17-cv-03258 |
| Hall, Lorinzo | 17-cv-03261 |
| Hawthorne, Ayana | 17-cv-03270 |
| Henson, Jr James | 17-cv-03276 |
| Hill, Sherry | 17-cv-03278 |
| Hinton, Arlene | 17-cv-04357 |
| Hohnadell, Gale | 17-cv-03999 |
| Hohnadell, Kimberly | 17-cv-03999 |
| Hooker, Jarvis | 17-cv-04065 |
| Howard, John L | 17-cv-03347 |
| Howze, Alfonso Cardell | 17-cv-03288 |
| Jaouhari, Hilal | 17-cv-03302 |
| Jones, Sammie | 17-cv-04383 |
| Keller, Brian Edward | 17-cv-01018 |
| Kendrick, Jared Lee | 13-cv-03928 |
| Kiff, Hank J. | 12-cv-03179 |

| | |
|---|---|
| Kirkland, Christopher | 17-cv-04391 |
| Landrieu, David Joseph | 17-cv-03161 |
| Lawson Environmental Services, LLC | 12-cv-00740 |
| Learn, Michael | 17-cv-03322 |
| Lee, Tiffany Monique | 16-cv-13874 |
| Louisiana Workers' Compensation Corporation | 10-cv-02771 |
| Martin, Jennifer Ann | 17-cv-03228 |
| McIntosh, William Dante | 13-cv-01020 |
| Murphy, Lorinzo | 13-cv-01031 |
| Naples, John | 12-cv-02564 |
| Nehlig, Chris Emile | 17-cv-03376 |
| Odoms Jr., Alonzo | 16-cv-13201 |
| Peschlow, Mark | 17-cv-03598 |
| Pettaway, John | 17-cv-03599 |
| Pinell, Richard J DBA Billy Sue, Inc | 17-cv-03349 |
| Pritchett Jr., Wilbert Devon | 17-cv-03231 |
| Robin, III, Charles Raymond | 17-cv-03381 |
| Robin, Jr., Ricky R | 17-cv-03383 |
| Robin, Ricky Raymond | 17-cv-03389 |
| Robinson, Crystal | 15-cv-06131 |
| Robinson, Patrick | 17-cv-04574 |
| Scott, Katrina | 17-cv-04579 |
| Steiner, Machelle F | 17-cv-03387 |
| Summers, Andrea | 17-cv-04262 |
| Sunseri, Anthony | 17-cv-04263 |
| Tebbs, Michael | 17-cv-04605 |
| Terrebonne, Betty Ann | 17-cv-04549 |
| Treme, Josh | 17-cv-04269 |
| Triplett, Danny | 17-cv-04270 |
| Turner, Judy A. | 17-cv-04614 |
| Turner, Michael | 17-cv-04210 |
| Turner, Michael Anthony | 17-cv-01035 |
| Vaughan, Rochelle Avila | 17-cv-03250 |
| Walker, Cynthia | 17-cv-04645 |
| Walker, Glynn | 17-cv-04645 |
| Walker, Roxanne | 17-cv-03012 |
| Weathersby, Terry | 17-cv-04275 |
| Webb, John | 17-cv-04276 |
| Wensel, April | 17-cv-04225 |
| Williams, Armis | 17-cv-03414 |
| Williams, Viola | 17-cv-04237 |

**B.   Plaintiffs that the Court Deems Compliant with PTO 66 Over BP's Objection**

After considering their show cause responses and BP's objections, the Court deems the following plaintiffs to be compliant with PTO 66.  Their B3 claims are not dismissed.

| Plaintiff | Case No. | Show Cause Response Doc. |
|-----------|----------|--------------------------|
| Norwood, Margaret | 17-cv-03203 | 24966, 25130 |
| Woodland, Antonio | 17-cv-04240 | 25017 |

**C.   Plaintiffs for Whom PTO 66 Is Moot**

Elizabeth Renee Moreau (16-cv-05754), Chelsea Co., LLC (12-cv-2650), and Terry Louise Odom (16-cv-15974) were among the plaintiffs required to respond to the PTO 66 Show Cause Order. Although they did not file a response, closer inspection reveals that their cases had already been closed. Moreau and Chelsea Co., LLC voluntarily dismissed their claims. (Rec. Docs. 20305, 24692). Odom's case was transferred to another district court. (Rec. Doc. 19 in No. 16-cv-15974). Accordingly, the issue of whether these plaintiffs complied with PTO 66 is moot.

**D.   Plaintiffs Who Did Not File a Response to the PTO 66 Show Cause Order**

The following plaintiffs failed to respond as required by the PTO 66 Show Cause Order.  Their B3 claims will be dismissed with prejudice.

| Plaintiff | Case No. |
|-----------|----------|
| Abdelfattah, Yahya Omar | 17-cv-03446 |
| Aguinaga, Stephane | 17-cv-03173 |
| Baird, Bryan Joshua | 17-cv-03178 |

| | |
|---|---|
| Baker, Edward Joseph | 17-cv-03685 |
| Boose, Lawyer Jr. | 17-cv-04135 |
| Claery, Robert | 17-cv-02855 |
| Duong, Thanh Chan | 16-cv-03953 |
| Ferrell, Donald Lane | 17-cv-02850 |
| Fonseca, Kim Joseph | 17-cv-03343 |
| Hackney, David | 17-cv-03175 |
| Helmholtz, Michael | 17-cv-02932 |
| Howard, Alfred | 17-cv-03286 |
| Iames, Sandra Ann | 17-cv-03217 |
| Johnny Tran, LLC | 17-cv-03351 |
| Johnson, Patricia | 17-cv-03309 |
| Kinler, Charles Bernard | 13-cv-02387 |
| Lim, Seng | 17-cv-03095 |
| Luckes, Bernard | 17-cv-02933 |
| Ly, Anh | 16-cv-03957 |
| McKinley, David | 17-cv-04562 |
| Mielke, Blair Christopher | 17-cv-03205 |
| Miles, Debra L. | 13-cv-02715 |
| Nguyen, Dai V. | 16-cv-03952 |
| Nguyen, Loc | 16-cv-03955 |
| Nguyen, Nghia Ngoc | 16-cv-03954 |
| Padgett, Linda | 13-cv-02357 |
| Phan, Hanh Van | 16-cv-03956 |
| Reece, Kevin | 17-cv-03172 |
| Reed, Germaine | 17-cv-03165 |
| RMC General Contractors, LLC | 11-cv-02527 |
| Rodriguez, Ramon Luis | 17-cv-04567 |
| Salter, Christopher F. | 17-cv-04289 |
| Sample, James A. | 17-cv-04290 |
| Santiny, Laila | 17-cv-04555 |
| Santiny, Nicole | 17-cv-04555 |
| Santiny, Zana | 17-cv-04555 |
| Scott, Donald Joseph II | 17-cv-04554 |
| Simmons, Candice | 17-cv-04247 |
| Veillon, John R. | 17-cv-04619 |
| Waddle, Jan Michael | 16-cv-04083 |
| Wesley, Charles | 17-cv-03326 |
| Whitted, Roderick Deon | 17-cv-04631 |

### E.      Plaintiffs Who Are Members of the Medical Benefits Settlement Class

On January 11, 2013, the Court certified the Medical Benefits Settlement Class and approved the Medical Benefits Class Action Settlement Agreement ("Medical Settlement"). (Rec. Docs. 8218; 8217). Subject to certain exclusions, the Medical Benefits Settlement Class is defined as all natural persons who:

1) Worked as CLEAN-UP WORKERS at any time between April 20, 2010 and April 16, 2012; or
2) Resided in ZONE A for some time on each of at least sixty days between April 20, 2010, and September 30, 2010 . . . , and developed one or more SPECIFIED PHYSICAL CONDITIONS between April 20, 2010, and September 30, 2010; or
3) Resided in ZONE B for some time on each of at least sixty days between April 20, 2010, and December 31, 2010 . . . .

(Medical Settlement § I, Rec. Doc. 6427-1) (words in all capitals are further defined in the Medical Settlement).

Class members are barred from commencing, asserting, and/or prosecuting any and all "Release Claims" against any "Released Party," as those terms are defined under the Medical Settlement. (*See* Order and Judgment, Rec. Doc. 8218; Medical Settlement § XVI, Rec. Doc. 6427-1).  PTO 66 similarly explained that to the extent plaintiffs "are indeed settlement class members and are seeking to pursue claims in this litigation that are Released Claims under the [Medical Settlement], their claims are subject to this Court's Order and Judgment enjoining such claims." (Rec. Doc. 24282 at 3). Consequently, PTO 66 required BP to provide the Claims Administrator of Medical Settlement with a list of Remaining B3 Plaintiffs who identified themselves as class members on their PTO 63 sworn statement or who did not appear

to submit a timely and valid opt out (or who revoked an opt out request). (*Id.*) The Claims Administrator, in turn, provided the Court, BP, and the PSC with a list stating whether any of the plaintiffs on BP's list submitted claims under the Medical Settlement and, if so, whether the Claims Administrator determined them to be class members. A redacted version of the Claims Administrator's chart is attached to this Order as Exhibit 1.[1]

The PTO 66 Show Cause Order required 18 plaintiffs to show cause why their B3 claims should not be dismissed for the reason that they appeared to be members of the Medical Benefits Settlement Class. One of these plaintiffs, Joseph Edward Baker, failed to respond to the PTO 66 Show Cause Order.  (*See* Part D, *supra*). Of the 17 who did respond to the PTO 66 Show Cause Order, BP subsequently conceded that 4 should be added to the compliant list (John Howard, Richard Pinell d/b/a Billy Sue, Inc., Machelle Steiner, and Hank Kiff). (*See* Part A, *supra*). This leaves 13 plaintiffs who appear to be members of the Medical Benefits Settlement Class and who appear to pursue Released Claims:  Sergio Alvarado, Charles Bradley, Patrick Cage, James Collier, Ronald Hicks, Anthony Kizzee, Quient Liddell, Joe Locke, Richard McBride, Rico McBride, Demetria Morris, Eric Taylor, and Alvin Thompson. Each is discussed below. The Court will also address The Queen Esther Commercial Fishing and Mary Taylor.

---

[1] The Claims Administrator's chart uses the following abbreviations: CUW (Clean-Up Worker), POCF (Proof of Claim Form), DDF (Data Disclosure Form), SPC (Specified Physical Conditions), PMCP (Periodic Medical Consultation Program).

Charles Bradley, Patrick Cage, Ronald Hicks, Anthony Kizzee, and Alvin Thompson: None of these plaintiffs dispute in their show cause response that they are members of the Medical Benefits Settlement Class or that they are pursuing "Released Claims." (Rec. Doc. 24967). Their B3 claims will be dismissed.

Rico McBride/Queen Esther Commercial Fishing: Rico McBride indicates in his Particularized Statement of Claim that he brings claims for personal injury from chemical exposure, personal injury other than from chemical exposure, breach of contract, and possibly vessel damage. (Rec. Doc. 25059, Questions 17, 47, 48). As to the claim for personal injury due to chemical exposure, that claim is barred by the Medical Settlement's class-wide release if Rico McBride is a member of the Medical Benefits Settlement Class. (*See* Medical Settlement § XVI(A)(1), (B), Rec. Doc. 6427-1). McBride asserts in a conclusory manner that he has not released his claims, but fails to articulate why he is not a member of the Medical Benefits Settlement Class. (Rec. Docs. 25059 at 2, 25145 at 2). On the other hand, the Claims Administrator reports that Rico McBride is a class member who has received a payment at the A3 level (*see* Exhibit 1), which is corroborated by McBride's PTO 63 sworn statement where he identified himself as a class member and stated that he accepted a medical settlement in the amount of $12,350.00—the amount paid at the A3 level. (16-15255, Rec. Doc. 5). Therefore, McBride's chemical exposure claim was released by the Medical Settlement. McBride's other claims are outside the scope of the Medical Settlement's release. However, the claim for personal injury other than from chemical exposure will be dismissed because McBride fails to adequately describe in his

Particularized Statement of Claim any bodily injury (other than from chemical exposure) or his damages due to that injury. (*See* Rec. Doc. 25059, Questions 29 and 39). The breach of contract and vessel damage claims will be dismissed because those claims are barred by the individual releases reached through the Court-Appointed Neutrals' process (*see* Rec. Doc. 20620), and/or the class-wide release in the Economic and Property Damages Settlement (Rec. Doc. 6430-1 § 10), and/or the class-wide releases in the Halliburton and Transocean Punitive Damages and Assigned Claims Settlement Agreements (Rec. Doc. 14644-1 § 10; Rec. Doc. 15322-1 § 10).[2] Additionally, to the extent McBride's vessel damage claim is in the B1 bundle, as opposed to the B3 bundle, that claim was dismissed in 2016 by the PTO 60 Compliance Order. (Rec. Doc. 20996 at 5; *see also* PTO 64 Compliance Order, Ex. 3, Rec. Doc. 23051-3 at 4 (listing Rico McBride among plaintiffs whose B1 claims were previously dismissed for non-compliance with PTO 60); Rec. Doc. 23735 at 3-4, denying McBride's motion for reconsideration of PTO 64 Compliance Order).

Rico McBride and The Queen Esther Commercial Fishing ("Queen Esther") submitted a single Particularized Statement of Claim. (Rec. Doc. 25059 at 5). It is not clear whether Queen Esther is a separate juridical entity, as opposed to merely a trade name or "d/b/a" of Rico McBride. Assuming Queen Esther is a juridical entity,

---

[2] The Claims Administrator for the Halliburton and Transocean Punitive Damages and Assigned Claims Settlements has provided the Court with documentation confirming Rico McBride's membership in the Economic and Property Damages Settlement Class (often referred to as the the "old class"). (*See* Exhibit 2 to this Order). Assuming Rico McBride's vessel was in fact physically damaged by the oil spill, then he is a member of the Punitive Damages Settlement Class (often referred to as the "new class") under the Halliburton and Transocean Settlements. (*See* Rec. Doc. 14644-1 §§ 3 & 4; Rec. Doc. 15322-1 §§ 3 & 4). The Court further notes that McBride himself claims to be a member of the "old class" and the "new class." (Rec. Doc. 25059 at 1-2).

the only B3 claims described in the Particularized Statement of Claim that it could possibly assert are for breach of contract or vessel damage. However, the same reasons that preclude Rico McBride from asserting these claims also apply to Queen Esther. Queen Ester's B3 claims will also be dismissed.

Richard McBride: Richard McBride's B3 claims will be dismissed for essentially the same reasons as Rico McBride's.

Sergio Alvarado: Sergio Alvarado argues that BP's assertion that he is a class member is not supported by any evidence. (Rec. Doc. 24987). However, the Claims Administrator confirmed Alvarado's status as a Clean-Up Worker (*see* Exhibit 1), which is corroborated by Alvarado's own statement in his Particularized Statement of Claim that he performed cleanup work during the oil spill. (Rec. Doc. 24987-1 at 4). Alvarado also argues that he was deemed compliant with PTO 63 in 2017, and "[i]f BP believed Plaintiff was a member of the class, it had the opportunity to raise this issue when reviewing the PTO-63 submission." (Rec. Doc. 24987 at 2). However, the fact that Alvarado was deemed compliant with PTO 63 does not mean that he is not a class member, and the Court does not find that BP waived its right to raise the class membership issue. Indeed, the reason that PTO 66 required the Claims Administrator to prepare the report attached as Exhibit 1 was so the Court could cull from the population of viable B3 claims those which are barred by the Medical Settlement's class-wide release.[3] Finally, while Alvarado briefly refers to himself as

---

[3] Several other plaintiffs also argued that BP waived the class membership argument. The Court rejects those arguments as well. On a related note, the fact that a plaintiff is not a confirmed class member in the Claims Administrator's report does not establish that the plaintiff is not in fact a class

a "valid opt out," (Rec. Doc. 24987 at 2), his name does not appear among the list of timely and valid opt outs filed on November 21, 2012 (Rec. Doc. 7989), nor does he produce any evidence to support his claimed opt-out status. Sergio Alvarado's B3 claims will be dismissed.

Quient Liddell, Joe Locke, Eric Taylor, and Demetria Morris: These four plaintiffs argue that they opted out of the Medical Settlement. (Rec. Docs. 24955 (Liddell), 24957 (Locke), 24969 (Taylor), 24956 (Morris). The Claims Administrator's report states that they each revoked their opt outs. (Exhibit 1). At the Court's request, the Claims Administrator provided the opt-out revocations, which are attached to this Order as Exhibits 3 (Liddell), 4 (Locke), 5 (Taylor), and 6 (Morris).  Their B3 claims will be dismissed.

James Collier: In his Particularized Statement of Claim, James Collier answered "yes" to the question, "Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?" (Rec. Doc. 24970-1 at 4). Collier contends that this was "an unfortunate and inadvertent error." He further asserts that he did not engage in "Response Activities" and was not a "Clean-Up Worker" under the Medical Settlement, therefore he is not a member of the Medical Benefits Settlement Class. (Rec. Docs. 24970, 25117). According to the Claims Administrator's report, however, Collier submitted a claim under the Medical Settlement for a Specified Physical Condition, the settlement program determined Collier was a class member, and Collier received partial payment on his claim.

_____

member, and nothing in this Order shall prevent a defendant from raising class membership and the class-wide release as a defense to a plaintiff's claim in the future.

(Exhibit 1). The report is supported by the "Explanation of Payment," attached as Exhibit 7 to this Order, which the Claims Administrator provided at the Court's request. James Collier's B3 claims will be dismissed.

Mary Taylor: At the time the Show Cause Order issued, Mary Taylor had not yet submitted a PTO 66 Particularized Statement of Claim. Consequently, she was listed among the plaintiffs who submitted nothing in response to PTO 66. (Rec. Doc. 24875-2). Taylor submitted her Particularized Statement of Claim on October 5, 2018, along with her response to the Show Cause Order. (Rec. Doc. 24965). BP argues that Taylor's claims should be dismissed because her Particularized Statement of Claim was untimely and because she is a member of the Medical Benefits Settlement Class. (Rec. Doc. 25110-7 at 4 n.2). Taylor replied to BP's untimeliness argument, but not the class membership issue.  (Rec. Doc. 25132). The Claims Administrator's report states that Mary Taylor is a class member and that she received a payment on her claim. (Exhibit 1).  Taylor's claim is for loss of consortium related to her husband's injuries from exposure to oil and/or dispersant. Such a claim is a Released Claim under the Medical Settlement. (Medical Settlement § XVI(A)(2), Rec. Doc. 6427-1). Consequently, even if the Court were to excuse the untimeliness of Taylor's Particularized Statement of Claim, it would still dismiss her B3 claims as released by the Medical Settlement.

Accordingly, the B3 claims of the following plaintiffs will be dismissed with prejudice:

| Plaintiff | Case No. |
|---|---|
| Alvarado, Sergio A | 13-cv-01778 |

| | |
|---|---|
| Bradley, Charles | 17-cv-03164 |
| Cage, Patrick | 17-cv-03174 |
| Collier, James | 17-cv-03415 |
| Hicks, Ronald | 17-cv-03176 |
| Kizzee, Anthony | 17-cv-03158 |
| Liddell, Quient | 17-cv-04411 |
| Locke, Joe | 17-cv-04413 |
| McBride, Richard | 16-cv-06635 |
| McBride, Rico / The Queen Esther Commercial Fishing | 16-cv-15255 |
| Morris, Demetria | 17-cv-04459 |
| Taylor, Eric | 17-cv-04600 |
| Taylor, Mary | 17-cv-03201 |
| Thompson, Alvin | 17-cv-03156 |

**F.   Plaintiffs Whose Particularized Statements of Claim Were Untimely or Not Submitted**

PTO 66 gave plaintiffs until July 9, 2018 (90 days) to file their Particularized Statement of Claim. For those plaintiffs represented by Nexsen Pruet, LLC and Douglas Schmidt, the Court granted an extension for filing until August 8, 2018. (Rec. Doc. 24671). The following plaintiffs' B3 claims will be dismissed because their Particularized Statements of Claim were significantly late or not submitted at all.

| Plaintiff | Case No. | Show Cause Response Doc. | PTO 66 Response Date |
|---|---|---|---|
| Conerly, Jeffery | 17-cv-03170 | 24967 | 9/18/18 |
| Dorgan, Sheri Allen | 17-cv-03367 | * | 9/8/18 |
| Evans, Glyn | 17-cv-03167 | 24967 | 9/18/18 |
| Gortney, Brian W. II | 15-cv-01047 | * | 9/8/18 |
| Harris, Tishia Maria | 17-cv-04650 | 25019 | 9/25/18 |
| Kelly, Billy Ray Jr. | 17-cv-04388 | 25018 | Did not submit |
| Masters, James | 12-cv-02332 | 25018 | Did not submit |

| Valdivieso, Sergio | 12-cv-02004 | * | Did not submit |

The asterisk (*) denotes plaintiffs that appear to have served a show cause response on BP, but did not file a show cause response with the Court. Information in the "PTO 66 Response Date" column for these plaintiffs is based on information provided in BP's brief.

### G.  Plaintiffs Whose Particularized Statements of Claim Remain Materially Non-Compliant

PTO 66 required plaintiffs to provide responses in their Particularized statements of Claim that "are as specific and accurate as practicable" so that "the Court and the parties [could] better under the nature and scope of the injuries, damages, and causation alleged." (Rec. Doc., 24282 at 1-2). The Particularized Statement of Claim similarly required plaintiffs to answer every question "to the best of your knowledge" and provide "as much information as you can." (Rec. Doc. 24282-1 at 1). As further explained in BP's brief (Rec. Doc. 25110 at 7-8), the following plaintiffs submitted Particularized Statements of Claim that failed to provide sufficient responses to key questions about the injury allegedly suffered or damages claimed.  Their B3 claims will be dismissed.

| Plaintiff | Case No. | Show Cause Response Do. |
|---|---|---|
| Estate of Lula Richardson | 17-cv-04285 | 25014 |
| McBride, Rico[4] | 16-cv-15255 | 25059, 25145 |
| Phillips, Shunna | 17-cv-04395 | 25020 |
| Thompson, Joe L.[5] | 17-cv-02854 | 25061, 25143 |

---

[4] Rico McBride's claims are also dismissed for the reasons discussed in Part E, above.

[5] Furthermore, Joe Thompson asserts in the Particularized Statement of Claim that he was a Clean-Up Worker (Rec. Doc. 25110-8, Questions 9-11), and he did not opt-out of the Medical Benefits

### H.    Plaintiffs Who Did Not Comply With PTO 63

<u>Ashley Thompson</u>: Ashley Thompson (17-cv-02854) filed a complaint on April 3, 2017, but failed to include a PTO 63 sworn statement. Accordingly, on July 18, 2017, this Court dismissed her B3 claim with prejudice. (Rec. Doc. 23047). Nevertheless, Ashley Thompson submitted a PTO 66 Particularized Statement of Claim. Her B3 claims had already been dismissed, however, and shall remain so.

<u>John Earl Miller, Jr.</u>: John Earl Miller, Jr. submitted a PTO 66 Particularized Statement of Claim, but it appears that he is not a party to a lawsuit filed in this Court. Because Miller has no case or claim before this Court, whether he complied with PTO 66 is of no moment.  The Court will simply leave Miller off the list of PTO 66-compliant plaintiffs.

<u>Michael Dean</u>: Michael Dean[6] (17-cv-06800) filed suit asserting B3-type claims in Florida state court on May 15, 2017. Dean's case was removed and then transferred to this Court on July 26, 2017. As far as the Court is aware, Dean did not assert a B3 claim in this Court until after the PTO 63 Compliance Order issued on July 18, 2017.[7] Dean appears to have complied with PTO 66, but has not complied with PTO 63. The Court will deem Dean conditionally compliant with PTO 66. <u>Within **21 days** of the issuance of this Order</u>, <u>Dean shall complete, sign, and file the PTO 63 Sworn</u>

---

Settlement Class (*see* Rec. Doc. 7989).  If this is true, then his claims would also be dismissed for the reason that they are barred by the Medical Settlement's class-wide release.

[6] BP's brief stated that Dean failed to file a response to the PTO 66 Show Cause Order.  (Rec. Doc. 25110-2). As requested in Dean's reply (Rec. Doc. 25112), the Court will treat Dean's Motion to Correct Clerical Error (Rec. Doc. 24952), filed on October 4, 2018, as his PTO 66 Show Cause response.

[7] Dean did file a short form joinder in 2011, but it only asserted B1 claims, not B3 claims. (*See* 10-8888, Rec. Doc. 22421).

<u>Statement (Rec. Doc. 22295-1) in the individual docket for his case and simultaneously file a notice of compliance in the master docket</u>. If Dean complies, the Court will grant his Motion to Correct Clerical Error (Rec. Doc. 24952) and re-open his case (which was closed by the Order of September 6, 2018, Rec. Doc. 24814). If Dean fails to comply, BP shall file a notice of non-compliance in the master docket and the Court will take appropriate action.

## I.   Conclusion

In accordance with the above,

IT IS ORDERED that the following plaintiffs are deemed COMPLIANT with PTO 66 and their B3 claims are not dismissed by this Order. These plaintiffs will be added to the list of PTO 66-compliant plaintiffs, a revised version of which is attached as Exhibit 8 to this Order:

| Plaintiff | Case No. |
| --- | --- |
| Assi, Mohammed | 17-cv-03027 |
| Baldo, Lisa Marie | 17-cv-03368 |
| Bank, Ryan Clayton | 17-cv-03372 |
| Benoit, Bernice Ann | 17-cv-03323 |
| Benoit, Roy Paul | 17-cv-03328 |
| Bonilla, Sara | 17-cv-04133 |
| Booker, Dondy | 17-cv-03051 |
| Brown, Michael Todd | 17-cv-03366 |
| Bruce, Shane Maddox | 18-cv-02626 |
| Burkett, Craig Michael | 17-cv-03681 |
| Caldwell, Stephon | 13-cv-01007 |
| Coco, III, Malcolm Alphonse | 17-cv-03393 |
| Couture, Jr., Raymond | 17-cv-03373 |
| Danos, Janice Marie | 17-cv-03240 |
| Davis, Frederick | 17-cv-03140 |
| Dean, Michael[8] | 17-cv-06800 |
| Dwyer, Derek Thomas | 13-cv-01010 |

[8] Michael Dean is conditionally compliant as explained in part H, above.

| | |
|---|---|
| Elliott, Cynthia Anne | 13-cv-01011 |
| Elrod, Aiden Connor | 17-cv-03334 |
| Elrod, Jarod Shane | 17-cv-03331 |
| Fetterhoff, Carol Lynn | 17-cv-03350 |
| Fetterhoff, Chayton Lee | 17-cv-03350 |
| Fetterhoff, Chelsea Lynn | 17-cv-03350 |
| Flair, Kimberly | 17-cv-03161 |
| Frazier, Debra | 17-cv-03219 |
| Gonzalez, Hector | 17-cv-03257 |
| Gooding, John | 17-cv-03238 |
| Green, Christopher Alan | 17-cv-03191 |
| Griffin, Kacey W. | 17-cv-03258 |
| Hall, Lorinzo | 17-cv-03261 |
| Hawthorne, Ayana | 17-cv-03270 |
| Henson, Jr James | 17-cv-03276 |
| Hill, Sherry | 17-cv-03278 |
| Hinton, Arlene | 17-cv-04357 |
| Hohnadell, Gale | 17-cv-03999 |
| Hohnadell, Kimberly | 17-cv-03999 |
| Hooker, Jarvis | 17-cv-04065 |
| Howard, John L | 17-cv-03347 |
| Howze, Alfonso Cardell | 17-cv-03288 |
| Jaouhari, Hilal | 17-cv-03302 |
| Jones, Sammie | 17-cv-04383 |
| Keller, Brian Edward | 17-cv-01018 |
| Kendrick, Jared Lee | 13-cv-03928 |
| Kiff, Hank J. | 12-cv-03179 |
| Kirkland, Christopher | 17-cv-04391 |
| Landrieu, David Joseph | 17-cv-03161 |
| Lawson Environmental Services, LLC | 12-cv-00740 |
| Learn, Michael | 17-cv-03322 |
| Lee, Tiffany Monique | 16-cv-13874 |
| Louisiana Workers' Compensation Corporation | 10-cv-02771 |
| Martin, Jennifer Ann | 17-cv-03228 |
| McIntosh, William Dante | 13-cv-01020 |
| Murphy, Lorinzo | 13-cv-01031 |
| Naples, John | 12-cv-02564 |
| Nehlig, Chris Emile | 17-cv-03376 |
| Norwood, Margaret | 17-cv-03203 |
| Odoms Jr., Alonzo | 16-cv-13201 |
| Peschlow, Mark | 17-cv-03598 |
| Pettaway, John | 17-cv-03599 |
| Pinell, Richard J DBA Billy Sue, | 17-cv-03349 |

| Inc | |
|---|---|
| Pritchett Jr., Wilbert Devon | 17-cv-03231 |
| Robin, III, Charles Raymond | 17-cv-03381 |
| Robin, Jr., Ricky R | 17-cv-03383 |
| Robin, Ricky Raymond | 17-cv-03389 |
| Robinson, Crystal | 15-cv-06131 |
| Robinson, Patrick | 17-cv-04574 |
| Scott, Katrina | 17-cv-04579 |
| Steiner, Machelle F | 17-cv-03387 |
| Summers, Andrea | 17-cv-04262 |
| Sunseri, Anthony | 17-cv-04263 |
| Tebbs, Michael | 17-cv-04605 |
| Terrebonne, Betty Ann | 17-cv-04549 |
| Treme, Josh | 17-cv-04269 |
| Triplett, Danny | 17-cv-04270 |
| Turner, Judy A. | 17-cv-04614 |
| Turner, Michael | 17-cv-04210 |
| Turner, Michael Anthony | 17-cv-01035 |
| Vaughan, Rochelle Avila | 17-cv-03250 |
| Walker, Cynthia | 17-cv-04645 |
| Walker, Glynn | 17-cv-04645 |
| Walker, Roxanne | 17-cv-03012 |
| Weathersby, Terry | 17-cv-04275 |
| Webb, John | 17-cv-04276 |
| Wensel, April | 17-cv-04225 |
| Williams, Armis | 17-cv-03414 |
| Williams, Viola | 17-cv-04237 |
| Woodland, Antonio | 17-cv-04240 |

IT IS FURTHER ORDERED that the B3 claims of the plaintiffs identified below are DISMISSED WITH PREJUDICE because they are non-compliant with PTO 66 and/or their claims were released.

With the exception of those cases marked "DO NOT CLOSE," none of the cases identified below have any claims remaining. Consequently, the Clerk of Court is instructed to CLOSE each of the cases listed below EXCEPT those marked "DO NOT CLOSE."

| Plaintiff | Case No. | Note |
|---|---|---|
| Abdelfattah, Yahya Omar | 17-cv-03446 | |
| Aguinaga, Stephane | 17-cv-03173 | DO NOT CLOSE |
| Alvarado, Sergio A | 13-cv-01778 | |
| Baird, Bryan Joshua | 17-cv-03178 | |
| Baker, Edward Joseph | 17-cv-03685 | |
| Boose, Lawyer  Jr. | 17-cv-04135 | |
| Bradley, Charles | 17-cv-03164 | |
| Cage, Patrick | 17-cv-03174 | |
| Claery, Robert | 17-cv-02855 | |
| Collier, James | 17-cv-03415 | |
| Conerly, Jeffery | 17-cv-03170 | |
| Dorgan, Sheri Allen | 17-cv-03367 | |
| Duong, Thanh Chan | 16-cv-03953 | |
| Estate of Lula Richardson | 17-cv-04285 | |
| Evans, Glyn | 17-cv-03167 | |
| Ferrell, Donald Lane | 17-cv-02850 | |
| Fonseca, Kim Joseph | 17-cv-03343 | |
| Gortney, Brian W. II | 15-cv-01047 | |
| Hackney, David | 17-cv-03175 | |
| Harris, Tishia Maria | 17-cv-04650 | |
| Helmholtz, Michael | 17-cv-02932 | |
| Hicks, Ronald | 17-cv-03176 | |
| Howard, Alfred | 17-cv-03286 | |
| Iames, Sandra Ann | 17-cv-03217 | |
| Johnny Tran, LLC | 17-cv-03351 | |
| Johnson, Patricia | 17-cv-03309 | |
| Kelly, Billy Ray Jr. | 17-cv-04388 | |
| Kinler, Charles Bernard | 13-cv-02387 | |
| Kizzee, Anthony | 17-cv-03158 | |
| Liddell, Quient | 17-cv-04411 | |
| Lim, Seng | 17-cv-03095 | |
| Locke, Joe | 17-cv-04413 | |
| Luckes, Bernard | 17-cv-02933 | |
| Ly, Anh | 16-cv-03957 | |
| Masters, James | 12-cv-02332 | |
| McBride, Richard | 16-cv-06635 | |
| McBride, Rico / The Queen Esther Commercial Fishing | 16-cv-15255 | |
| McKinley, David | 17-cv-04562 | DO NOT CLOSE |
| Mielke, Blair Christopher | 17-cv-03205 | |
| Miles, Debra L. | 13-cv-02715 | |
| Morris, Demetria | 17-cv-04459 | |

| Nguyen, Dai V. | 16-cv-03952 | |
| Nguyen, Loc | 16-cv-03955 | |
| Nguyen, Nghia Ngoc | 16-cv-03954 | |
| Padgett, Linda | 13-cv-02357 | |
| Phan, Hanh Van | 16-cv-03956 | |
| Phillips, Shunna | 17-cv-04395 | DO NOT CLOSE |
| Reece, Kevin | 17-cv-03172 | |
| Reed, Germaine | 17-cv-03165 | |
| RMC General Contractors, LLC | 11-cv-02527 | |
| Rodriguez, Ramon Luis | 17-cv-04567 | |
| Salter, Christopher F. | 17-cv-04289 | |
| Sample, James A. | 17-cv-04290 | |
| Santiny, Laila | 17-cv-04555 | |
| Santiny, Nicole | 17-cv-04555 | |
| Santiny, Zana | 17-cv-04555 | |
| Scott, Donald Joseph II | 17-cv-04554 | DO NOT CLOSE |
| Simmons, Candice | 17-cv-04247 | |
| Taylor, Eric | 17-cv-04600 | |
| Taylor, Mary | 17-cv-03201 | DO NOT CLOSE |
| Thompson, Alvin | 17-cv-03156 | |
| Thompson, Joe L. | 17-cv-02854 | |
| Valdivieso, Sergio | 12-cv-02004 | |
| Veillon, John R. | 17-cv-04619 | |
| Waddle, Jan Michael | 16-cv-04083 | |
| Wesley, Charles | 17-cv-03326 | |
| Whitted, Roderick Deon | 17-cv-04631 | |

New Orleans, Louisiana, this 31st day of January, 2019.

_____
United States District Judge

**NOTE TO CLERK: Mail copies of this Order with the attached Exhibits to the following plaintiffs, who appear to be pro se:**

| Baker, Edward Joseph | 17-cv-03685 |
| Bruce, Shane Maddox | 18-cv-02626 |
| Burkett, Craig Michael | 17-cv-03681 |
| Claery, Robert | 17-cv-02855 |
| DeBose, Chrishawn Derrick | 17-cv-03680 |

| | |
|---|---|
| DeBose, Jimmy Raymond | 17-cv-03675 |
| DeBose, Karen Ann | 17-cv-03670 |
| Evans, Robert (Engineers & Filmmakers Computer Users Group) | 16-cv-03966 |
| Ferrell, Donald Lane | 17-cv-02850 |
| Fetterhoff, Carol L. | 17-cv-03350 |
| Fetterhoff, Chayton Lee | 17-cv-03350 |
| Fetterhoff, Chelsea | 17-cv-03350 |
| Helmholtz, Michael | 17-cv-02932 |
| Keyes, Ellis | 14-cv-02211 |
| Luckes, Bernard | 17-cv-02933 |
| McBride, Richard | 16-cv-06635 |
| McBride, Rico / The Queen Esther Commercial Fishing | 16-cv-15255 |
| Merchant, Raymond Joe | 15-cv-04290 |
| Miller, John Earl Jr. | No case. See note below. |
| Thompson, Ashley | 17-cv-02854 |
| Thompson, Joe L. | 17-cv-02854 |
| Wesley, Charles William, Jr. | 17-cv-03326 |

**Note to BP and Plaintiff's Liaison Counsel: Provide the Court with a mailing address for John Earl Miller, Jr.**